Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tunle*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-120-607

**Effective Date of Registration:**
April 30, 2018

---

## Title

**Title of Work:**   Sin Island

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   February 14, 2018
**Nation of 1st Publication:**   Philippines

## Author

- **Author:**   ABS-CBN Film Productions, Inc.
  **Author Created:**   entire motion picture
  **Work made for hire:**   Yes
  **Citizen of:**   Philippines

## Copyright Claimant

**Copyright Claimant:**   ABS-CBN Film Productions, Inc.
Sgt. E.A. Esguerra Avenue, Quezon City, 1103, Philippines

## Certification

**Name:**   Monica Danner
**Date:**   April 26, 2018
**Applicant's Tracking Number:**   0WNF-243610

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-940-375

**Effective Date of Registration:**
April 28, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | Crazy Beautiful You |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | February 25, 2015 |
| **Nation of 1st Publication:** | Philippines |

## Author

| | |
|---|---|
| • **Author:** | ABS-CBN Film Productions, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | Philippines |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ABS-CBN Film Productions, Inc. |
| | 2/F ELJCC Building, Eugenio Lopez Drive, Quezon City, 1103, Philippines |

## Certification

| | |
|---|---|
| **Name:** | Charlene L. Minx |
| **Date:** | April 28, 2015 |
| **Applicant's Tracking Number:** | 84291.4 |