UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-62693-BLOOM/Valle**

ABS-CBN CORPORATION, *et al.*,

    Plaintiffs,

v.

ABSCBNPINOY.COM, *et al.*,

    Defendants.

_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiffs filed the above-captioned action on October 29, 2019, ECF No. [1]. Summonses were issued as to all Defendants on November 4, 2019. ECF No. [11]. Defendants were served by electronic mail, Registrar of record, and publication on November 8, 2019, setting a response deadline of December 30, 2019. ECF Nos. [16], [17], & [18]. To date, Defendants have failed to answer or otherwise respond to the Complaint.

Accordingly, it is therefore **ORDERED AND ADJUDGED** as follows:

    1.    Defendants must file their responses to Plaintiff's Complaint by or before **December 18, 2019**.

    2.    If Defendant fails to file any response to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **December 26, 2019**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file a Motion for Entry of

Case No. 19-cv-62693-BLOOM/Valle

Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to the Defendant.

3. The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 11, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record