**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 19-62693-CIV-BLOOM

ABS-CBN CORPORATION, *et al.,*

      Plaintiffs,

vs.

ABSCBNPINOY.COM, *et al.*,

      Defendants.

_____/

**CERTIFICATE OF SERVICE**

I certify and declare that I am over the age of 18 years, employed by eSOP Intl LLC in the County of Miami-Dade, and not a party to the above-entitled cause.

On November 14, 2019, I served a true and accurate copy of the document(s) entitled:

1. Order Granting Motion for Preliminary Injunction [D.E. 20]

for the following civil action:

ABS-CBN CORPORATION, *et al* vs. ABSCBNPINOY.COM, *et al*

on Defendants as identified on the attached Schedule "A" via Defendant's corresponding e-mail address or via onsite contact form by providing the URL address to the server page where the documents reside. Additionally, I notified Defendants that all documents filed in the case can be found posted on the website located at http://servingnotice.com/BSNL4U/index.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2019, at Miami, Florida.

Sandra Chaqui

## SCHEDULE "A"

**Key**

| |
|---|
| Service via on-site contact form or via Social Media |
| X= Email Address Served Successfully |
| R= Email Message Returned as Undeliverable |

| Def. No. | Domain Names | Email Addresses | Email Served |
|---|---|---|---|
| 1 | abscbnpinoy.com | fiazrasool05@gmail.com | X |
| 2 | Europixhd.com | 6e29f11be8db4e629157e9c87e9bc967.protect@whoisguard.com | X |
| 3 | fullasiantv.com | f44499b1ff774de48e53a9d095329d94.protect@whoisguard.com | X |
| 4 | fulltagalogmovies.me | | |
| 5 | gmanetwork.su | waqarkhanmalghani@gmail.com | X |
| 5 | pinoylambinganako.su | waqarkhanmalghani@gmail.com | X |
| 5 | playbox.su | waqarkhanmalghani@gmail.com | X |
| 6 | hdfullpinoymovies.com | 6842447@whoisprotection.biz | R |
| 7 | hdreplay.su | cashorika@gmail.com | X |
| 7 | pinoylambinganteleserye.su | cashorika@gmail.com | X |
| 8 | iwanttv.su | pinoymovies.su@gmail.com | X |
| 8 | pinoylambingantvhd.su | pinoymovies.su@gmail.com | X |
| 9 | kidstva.co | vhungcc1@gmail.com<br>admin@aliwan.info | R<br>R |
| 10 | lambinganpinoytambayantv.su | paktvsite@gmail.com | X |
| 10 | pinoytambayanlambingantv.su | paktvsite@gmail.com | X |
| 10 | pinoytvtambayanlambingan.su | paktvsite@gmail.com | X |
| 10 | tambayanatlambingan.su | paktvsite@gmail.com | X |
| 11 | lambingansutv.com | | |
| 11 | movierulz.stream | abuse@movierulz.stream | X |
| 12 | ofwpinoytvshows.su | javirock906@gmail.com | X |
| 12 | pinoybaytv.su | javirock906@gmail.com | X |
| 12 | pinoylambinganflix.su | javirock906@gmail.com<br>pinoylambinganflix@gmail.com | X<br>X |
| 12 | pinoylambinganreplays.su | javirock906@gmail.com | X |
| 12 | pinoylambinganteleserye.net | javirock906@gmail.com | X |
| 12 | pinoytvhd.su | javirock906@gmail.com | X |
| 12 | tambayanreplay.su | javirock906@gmail.com | X |
| 13 | ofwshow.ru | admin@aliwan.info | R |
| 14 | pariwiki.ch | | |
| 15 | pinoyflixreplay.su | herpalasif@gmail.com | X |
| 16 | pinoyhdonline.su | tahseenm57@gmail.com | X |

| Def. No. | Domain Names | Email Addresses | Email Served |
|---|---|---|---|
| 17 | pinoyhdreplay.ch | | |
| 18 | pinoymoviepedia.ru | | |
| 19 | pinoymovieshub.tv | 387a81858d@pinoymovieshub.tv.whoistrustee.com | X |
| 20 | pinoyreplaytv.su | pinoyreplaytv.su@whoisprotectservice.net | X |
| 21 | pinoyteleseryes.su | pinoyteleseryes.su@whoisprotectservice.net | X |
| 22 | pinoytoday.su | malikhassan.qc@gmail.com | X |
| 23 | pinoytv.re | pinoytv.re@gmail.com | X |
| 24 | pinoytvchannelreplay.su | herpalasif41@gmail.com | X |
| 25 | pinoytvrecap.su | pinoytvrecap.su@whoisprotectservice.net | X |
| 26 | pinoytvtime.su | cuteqaisrani@gmail.com | X |
| 27 | politicsslashletters.live | | |
| 28 | siliptv.su | siliptv.su@whoisprotectservice.net | X |
| 29 | sinepinoy.info | 3866317a204942648a1f2be9e298458f.protect@whoisguard.com | R |
| 30 | thepariwiki.com | aayanhaider8@gmail.com | X |
| 31 | verystreamtv.com | 88cde2e1e5a94b199252f90a5f631523.protect@whoisguard.com | X |