**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 19-62693-CIV-BLOOM

ABS-CBN CORPORATION, *et al.,*

    Plaintiffs,

vs.

ABSCBNPINOY.COM, *et al.*,

    Defendants.

_____/

## DECLARATION OF CHRISTINE ANN DALEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS

I, Christine Ann Daley, declare and state as follows:

1. I am an attorney duly authorized and licensed to practice law before all courts in the State of Florida and the Southern District of Florida. I am counsel of record for ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International Corporation (hereinafter collectively, "Plaintiffs" or "ABS-CBN") in the above captioned action. I submit this Declaration in support of Plaintiffs' Motion for Entry of Final Default Judgment against Defendants, the Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A" on Plaintiffs' Motion for Entry of Final Default Judgment ("Defendants"). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. On October 29, 2019, ABS-CBN filed its Complaint against Defendants, D.E. 1.

3. On October 29, 2019, ABS-CBN filed its *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction (the "Application for TRO"), D.E. 5. I hereby incorporate by reference all factual allegations contained in my declaration in support of Plaintiffs' Application for TRO, D.E. 5-2.

4. On October 31, 2019, this Court entered a Sealed Order Granting *Ex Parte* Temporary Restraining Order (the "Temporary Restraining Order"), D.E. 10, entered on docket November 1, 2019, and subsequently converted the temporary restraining order into a preliminary injunction on November 13, 2019, D.E. 20.

5. The TRO and Preliminary Injunction required, *inter alia*, certain advertising services associated with Defendants, to identify and restrain all funds and to divert to a holding account for the trust of the Court all funds currently in, or which during the pendency of the Order come in to, Defendants' associated payment accounts, including all accounts tied to, associated with, or that transmit funds into Defendants' respective payment accounts, and divert those funds to a holding account for the trust of the Court.

6. On October 29, 2019 ABS-CBN filed its Motion for Order Authorizing Alternate Service of Process, D.E. 6, which the Court granted October 31, 2019, D.E. 8.

7. Pursuant to the Court's Order Granting Motion for Alternate Service, ABS-CBN served each Defendant with a copy of its respective Summons and the Complaint via electronic mail and publication service on November 8, 2019. See D.E. 22, Proof of Service on file with the Court.

8. The time allowed to respond to the Complaint has expired.

9. To date, no Defendant has filed any responsive pleadings to the Complaint, nor has any Defendant requested an enlargement of time to respond to the Complaint, nor has any Defendant entered a formal appearance *pro se* or by counsel on its behalf.

10. I am informed and believe Defendants are not infants or incompetent persons.

11. I am informed and believe the Servicemembers Civil Relief Act does not apply.

12. On December 26, 2019, ABS-CBN filed its request for Clerk's Entry of Default against Defendants, D.E. 27. The Clerk subsequently entered default against each Defendant on December 27, 2019, D.E. 28.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of January, 2020, at Arlington, Virginia.

*Christine Ann Daley*