**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-62693-BLOOM/Valle**

ABS-CBN CORPORATION, *et al.*,

    Plaintiffs,

v.

ABSCBNPINOY.COM, *et al.*,

    Defendants.

_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

    **THIS CAUSE** is before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants, ECF No. [30] ("Motion"), filed on January 24, 2020. For the reasons given in the Court's Order on the Motion, ECF No. [31], the Court enters a **FINAL JUDGMENT**, pursuant to Federal Rule of Civil Procedure 58, in favor of Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc., d/b/a Star Cinema, and ABS-CBN International (collectively, "Plaintiffs"), and against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto (collectively, "Defendants") on all Counts of the Complaint as follows:

    **(1)** Permanent Injunctive Relief: Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

        a.    advertising, promoting, performing, copying, broadcasting, and/or distributing any of Plaintiffs' content or copyrighted works, including but not limited to those works identified in Paragraph 26 of the Complaint, ECF

No. [1], Schedule D thereto, and in Exhibits 2 and 3 thereto, ECF Nos. [1-3] and [1-4] ("Copyrighted Works");

b. advertising, promoting, offering, using, or causing to be advertised, promoted, or offered, services using Plaintiffs' registered or common law trademarks identified in Paragraphs 14 and 18 of the Complaint and in Schedules "B" and "C" attached thereto ("ABS-CBN Marks");

c. using the ABS-CBN Marks in connection with any unauthorized services or performances of Plaintiffs' copyrighted works;

d. using any logo, and/or layout which may be calculated to falsely advertise the services or content of Defendants offered for distribution or distributed via the Internet websites operating under their domain names identified on Schedule "A" hereto ("Seller IDs and Subject Domain Names") and/or any other website or business as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

e. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

f. engaging in any act which is likely to falsely cause members of the trade and/or of the public to believe any content or services of Defendants offered for distribution or distributed via the Subject Domain Names and/or any other website or business are in any way endorsed by, approved by, and/or associated with Plaintiffs;

g. using any reproduction, counterfeit, copy, or colorable imitation of the ABS-CBN Marks in connection with the publicity, promotion, sale, or

        advertising of any services or content distributed by Defendants via the Subject Domain Names and/or any website or business;

   h.    affixing, applying, annexing or using in connection with the distribution of any content or services, a false description or representation, including words or other symbols tending to falsely describe or represent the content or services offered for distribution or distributed by Defendants via the Subject Domain Names and/or any other website or business as being those of Plaintiffs or in any way endorsed by Plaintiffs;

   i.    otherwise unfairly competing with Plaintiffs;

   j.    using the ABS-CBN Marks, or any confusingly similar trademarks, within domain name extensions, metatags, or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites, Internet based website businesses registered by, owned, or operated by Defendants, including the Internet websites operating under all of the Subject Domain Names; and

   k.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

**(2)**    Additional Equitable Relief: In order to give practical effect to the Permanent Injunction:

    a.    upon Plaintiffs' request, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiffs' control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs;

    b.    upon Plaintiffs' request, the top-level domain (TLD) Registry for each of the Subject Domain Names, or its administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted;

    c.    Defendants, their agent(s) or assign(s), shall assign all rights, title, and interest, to their Subject Domain Name(s) to Plaintiffs and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

**(3)**    Statutory Damages pursuant to 15 U.S.C. § 1117(c): Plaintiffs are entitled to an award of statutory damages of $1,000,000.00 against each Defendant pursuant to 15 U.S.C.

§ 1117(c), for which let execution issue. The awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

**(4)** Statutory Damages pursuant to 15 U.S.C. § 1117(d): Plaintiffs are entitled to an award of statutory damages of $10,000.00 against Defendant Number 1 – abscbnpinoy.com pursuant to 15 U.S.C. § 1117(d), for which let execution issue. The awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(d).

**(5)** Statutory Damages pursuant to 15 U.S.C. § 1117(c): Plaintiffs are entitled to an award of statutory damages of $30,000.00 against Defendant Number 6 – hdfullpinoymovies.com and $30,000.00 against Defendant Number 29 – sinepinoy.info, pursuant to 15 U.S.C. § 1117(c), for which let execution issue. The awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c).

**(6)** All funds currently restrained by the financial institutions, advertising services, advertising networks, or advertising platforms, payment processors, banks, escrow services, or money transmitters, including but not limited to those identified on Schedule "B" hereto ("Advertising Services"), and their related companies and affiliates shall, within 5 business days, transfer to Plaintiffs all funds in the Defendants financial accounts and/or sub accounts, including those associated with the Internet based websites operating under the Subject Domain Names identified on Schedule "B" hereto, including but not limited to all funds currently restrained pursuant to the temporary restraining order and the preliminary injunction in this action, in partial satisfaction of the monetary judgment entered herein against each Defendant. The financial institutions, advertising services, advertising networks, advertising platforms, payment processors, banks, escrow services, or money transmitters receiving notice of this Order, including but not limited to the

5

Advertising Services, shall provide to the Plaintiffs at the time the funds are released, a breakdown reflecting (i) the total funds restrained in this matter per Defendant; (ii) total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to the release; and (iii) total funds released per Defendant to the Plaintiffs.

**(7)** The Clerk of Court shall **RELEASE** the bond posted by Plaintiffs in the amount of $10,000.00.

**(8)** Interest from the date this action was filed shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.

**(9)** The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

**(10)** The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 27, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME

| Def. No. | Domain Name |
|---|---|
| 1 | abscbnpinoy.com |
| 2 | europixhd.com |
| 3 | fullasiantv.com |
| 4 | fulltagalogmovies.me |
| 5 | gmanetwork.su |
| 5 | pinoylambinganako.su |
| 5 | playbox.su |
| 6 | hdfullpinoymovies.com |
| 7 | hdreplay.su |
| 7 | pinoylambinganteleserye.su |
| 8 | iwanttv.su |
| 8 | pinoylambingantvhd.su |
| 9 | kidstva.co |
| 10 | lambinganpinoytambayantv.su |
| 10 | pinoytambayanlambingantv.su |
| 10 | pinoytvtambayanlambingan.su |
| 10 | tambayanatlambingan.su |
| 11 | lambingansutv.com |
| 11 | movierulz.stream |
| 12 | pinoylambinganteleserye.net |
| 12 | ofwpinoytvshows.su |
| 12 | pinoybaytv.su |
| 12 | pinoylambinganflix.su |
| 12 | pinoylambinganreplays.su |
| 12 | pinoytvhd.su |
| 12 | tambayanreplay.su |
| 13 | ofwshow.ru |
| 14 | pariwiki.ch |
| 15 | pinoyflixreplay.su |
| 16 | pinoyhdonline.su |
| 17 | pinoyhdreplay.ch |
| 18 | pinoymoviepedia.ru |
| 19 | pinoymovieshub.tv |
| 20 | pinoyreplaytv.su |
| 21 | pinoyteleseryes.su |
| 22 | pinoytoday.su |

7

| Def. No. | Domain Name |
|---:|---|
| 23 | pinoytv.re |
| 24 | pinoytvchannelreplay.su |
| 25 | pinoytvrecap.su |
| 26 | pinoytvtime.su |
| 27 | politicsslashletters.live |
| 28 | siliptv.su |
| 29 | sinepinoy.info |
| 30 | thepariwiki.com |
| 31 | verystreamtv.com |

## SCHEDULE "B"
## DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, ADVERTISING ACCOUNT INFORMATION, AND ASSOCIATED E-MAIL ADDRESSES

| Def. No. | Domain Name | Advertising Service/Platform | Account Identifier | Registrant E-mail Address |
|---|---|---|---|---|
| 1 | abscbnpinoy.com | N/A | N/A | fiazrasool05@gmail.com |
| 2 | Europixhd.com | N/A | N/A | 6e29f11be8db4e629157e9c87e9bc967.protect@whoisguard.com |
| 3 | fullasiantv.com | Google Adsense, Google LLC | ca-pub-3821092466638318 | f44499b1ff774de48e53a9d095329d94.protect@whoisguard.com |
| 4 | fulltagalogmovies.me | popads.net Tomksoft S.A. | 3538361 | Not listed |
| 5 | gmanetwork.su (framed on playbox.xyz) | Google DoubleClick, Google LLC | http://playbox.xyz/ | waqarkhanmalghani@gmail.com |
| 5 | pinoylambinganako.su (framed on playbox.xyz) | Google DoubleClick, Google LLC | http://playbox.xyz/ | waqarkhanmalghani@gmail.com |
| 5 | playbox.su | N/A | N/A | waqarkhanmalghani@gmail.com |
| 6 | hdfullpinoymovies.com | N/A | N/A | 6842447@whoisprotection.biz |
| 7 | hdreplay.su | N/A | N/A | cashorika@gmail.com |
| 7 | pinoylambinganteleserye.su | N/A | N/A | cashorika@gmail.com |
| 8 | iwanttv.su (framed on biggboss123.me) | Google DoubleClick, Google LLC | https://biggboss123.me/ | pinoymovies.su@gmail.com |
| 8 | pinoylambingantvhd.su (framed on biggboss123.me) | Google DoubleClick, Google LLC | https://biggboss123.me/ | pinoymovies.su@gmail.com |
| 9 | kidstva.co | Google Adsense, Google LLC | ca-pub-5302215400293420 | admin@aliwan.info |
| 10 | lambinganpinoytambayantv.su | Google Adsense, Google LLC | ca-pub-1593569282303938 | paktvsite@gmail.com |

| Def. No. | Domain Name | Advertising Service/Platform | Account Identifier | Registrant E-mail Address |
|---|---|---|---|---|
| 10 | pinoytambayanlambingantv.su | Google Adsense, Google LLC | ca-pub-2154317906897324 | paktvsite@gmail.com |
| 10 | pinoytvtambayanlambingan.su | Google Adsense, Google LLC | ca-pub-2154317906897324 | paktvsite@gmail.com |
| 10 | tambayanatlambingan.su | N/A | N/A | paktvsite@gmail.com |
| 11 | lambingansutv.com (framed on biggboss123.me) | Google DoubleClick, Google LLC | https://biggboss123.me/ | Not listed |
| 11 | movierulz.stream | popads.net Tomksoft S.A. | 3603072 | abuse@movierulz.stream |
| 12 | ofwpinoytvshows.su | Google Adsense, Google LLC | ca-pub-3388398459928305 | javirock906@gmail.com |
| 12 | pinoybaytv.su | Google Adsense, Google LLC | ca-pub-6052202555377760 | javirock906@gmail.com |
| 12 | pinoylambinganflix.su | Google Adsense, Google LLC | ca-pub-1256604383590629 | javirock906@gmail.com pinoylambinganflix@gmail.com |
| 12 | pinoylambinganteleserye.net | Google Adsense, Google LLC | ca-pub-1715847515243954 | javirock906@gmail.com |
| 12 | pinoytvhd.su | Google Adsense, Google LLC | ca-pub-7772575731834210 | javirock906@gmail.com |
| 12 | pinoylambinganreplays.su | N/A | N/A | javirock906@gmail.com |
| 12 | tambayanreplay.su | N/A | N/A | javirock906@gmail.com |
| 13 | ofwshow.ru | Google Adsense, Google LLC | ca-pub-2636869081690729 | admin@aliwan.info |
| 14 | pariwiki.ch (framed on playbox.xyz) | Google DoubleClick, Google LLC | http://playbox.xyz/ | Not Listed |

| Def. No. | Domain Name | Advertising Service/Platform | Account Identifier | Registrant E-mail Address |
|---|---|---|---|---|
| 15 | pinoyflixreplay.su | Google Adsense, Google LLC | ca-pub-8204335281985188 | herpalasif@gmail.com |
| 16 | pinoyhdonline.su | Google Adsense, Google LLC | ca-pub-2213578161009237 | tahseenm57@gmail.com |
| 17 | pinoyhdreplay.ch | N/A | N/A | Not Listed |
| 18 | pinoymoviepedia.ru | N/A | N/A | Not Listed |
| 19 | pinoymovieshub.tv | N/A | N/A | 387a81858d@pinoymovieshub.tv.whoistrustee.com |
| 20 | pinoyreplaytv.su | N/A | N/A | pinoyreplaytv.su@whoisprotectservice.net |
| 21 | pinoyteleseryes.su | N/A | N/A | pinoyteleseryes.su@whoisprotectservice.net |
| 22 | pinoytoday.su | Google Adsense, Google LLC | ca-pub-5707561695084980 | malikhassan.qc@gmail.com |
| 23 | pinoytv.re | Google Adsense, Google LLC | ca-pub-2393545343030923 | Not Listed |
| 24 | pinoytvchannelreplay.su | Google Adsense, Google LLC | ca-pub-8204335281985188 | herpalasif41@gmail.com |
| 25 | pinoytvrecap.su | N/A | N/A | pinoytvrecap.su@whoisprotectservice.net |
| 26 | pinoytvtime.su | N/A | N/A | cuteqaisrani@gmail.com |
| 27 | politicsslashletters.live | mgid.com, MGID Inc. MGID UA | politicsslashletters.live | Not Listed |
| 28 | siliptv.su | Google Adsense, Google LLC | ca-pub-1617990917998321 | siliptv.su@whoisprotectservice.net |
| 29 | sinepinoy.info | popads.net Tomksoft S.A. | 3453841 | 3866317a204942648a1f2be9e298458f.protect@whoisguard.com |
| 30 | thepariwiki.com | N/A | N/A | aayanhaider8@gmail.com |

Case No. 19-cv-62693-BLOOM/Valle

| Def. No. | Domain Name | Advertising Service/Platform | Account Identifier | Registrant E-mail Address |
|---|---|---|---|---|
| 31 | verystreamtv.com | mgid.com, MGID Inc. MGID UA | verystreamtv.com | 88cde2e1e5a94b199252f90a5f631523.protect@whoisguard.com |